# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### PROCEEDINGS SHEET ON VIOLATION NOTICE

Case No.(s)  5:26-po-00010-SP // E2203683          CourtSmart: RS-CS-2          Date: February 3, 2026

Present:  The Honorable: Sheri Pym                                    United States Magistrate Judge

| R. Camacho | Gregory Lesser | Yanyan Liu | Mandarin |
|---|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter* | *Language* |

| United States of America    v. | Attorney Present for Defendant: |
|---|---|
| Yanchao Zhao | Pro Se |
| ✓ Present  ☐ Custody  ☐ Bond  ☐ Summons | ☐ Present ☐ CJA ☐ Ret'd ☐ DFPD ☐ Not Present |

### PROCEEDINGS HAD ON VIOLATION NOTICE

☑ Defendant arraigned.  Informed of charges and rights.

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

☐ Attorney appointed _____  ☐ DFPD / ☐ PANEL

☐ Defendant executes a Consent to be Tried by U.S. Magistrate Judge.

☑ Defendant enters plea of: ☑ Guilty  ☐ Not Guilty  ☐ Nolo Contendere

☑ Court accepts plea.

☑ Court orders case continued to: March 3, 2026          at  9:00 AM      in Courtroom  4 via Zoom
   for  status conference re payment.

☐ Bail is set at $_____ P/R. ☐ Defendant released.

☑ Fine imposed.  See separate order re: fine.

☐ On motion of the government, Court orders case dismissed as to citation (s): _____

☐ Court orders case dismissed.

☐ Court orders defendant participate in Traffic School, complete same by _____
   or appear on _____ in Courtroom _____ before _____

☐ The Court signs the Probation Order pursuant to Title 18 U.S.C. 3607.

☑ Defendant is notified of the right to appeal sentence.

☑ Other  Defendant plead guilty to Violation Notice E2203683 and is sentenced to pay a $5,000 fine, $5 Special Assessment fee,
   and $30 processing fee, for a total of $5,035. SEE JUDGMENT FOR DETAILS.

cc:  AUSA

R. Camacho/A. Silva-Elder
Deputy Clerk

Time in Court:  0:28