✎AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | **(For a Petty Offense)** — Short Form |
| ZHAO, YANCHAO | CM/ECF Case No. 5:26-PO-00010-SP |

Case No.    CC9C        E2203683

USM No.

Pro se
_____
Defendant's Attorney

**THE DEFENDANT:** ZHAO, YANCHAO

☑ **THE DEFENDANT** pleaded guilty to count(s)    One (1)

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1719 | Use of Unauthorized Labels | 10/26/2025 | One (1) |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court by March 3, 2026.
Status conference is scheduled for March 3, 2026, if defendant has not yet paid.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $5,035.00 | $ 5.00 | $ 5,000.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: N/A

Defendant's Year of Birth: 1986

City and State of Defendant's Residence:
CHINO HILLS, CA

February 3, 2026
_____
Date of Imposition of Judgment

_____
Signature of Judge

Sheri Pym, U.S. Magistrate Judge
_____
Name and Title of Judge

February 9, 2026
_____
Date